UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THIRD WORLD MEDIA, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOES 1 – 21,**<br><br>*Defendants.* | *Case No.*: **1:12-cv-10947** |

## NOTICE OF DISMISSAL

Plaintiff dismisses *without* prejudice Doe 1 listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a)(1)(A).

*Dated*: February 4, 2013,

Respectfully submitted,

*/s/ Marvin Cable*
Marvin Cable, BBO#: 680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*

Marvin Cable, Esq.